UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES WELDON STRICKLER and
JUDITH ANNE STRICKLER,

    Plaintiffs,

v.                                    Case No.:   2:18-cv-781-FtM-38MRM

WALMART STORES EAST, LP,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is a *sua sponte* review of the file. The Court denied summary judgment (Doc. 44), and this case is set for trial on the July 2020 trial term (Doc. 20). The Court believes that a settlement conference with the unassigned United States Magistrate Judge may be beneficial in resolving this case before trial.

Accordingly, it is now

**ORDERED:**

1. This case is **REFERRED** to United States Magistrate Judge Nicholas P. Mizell to conduct a settlement conference (video or otherwise) and issue any appropriate order. All parties must attend the settlement conference as directed by Judge Mizell.

2. The parties are **DIRECTED** to contact Judge Mizell's Chambers promptly to arrange for a mutually agreeable time for the settlement conference.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of May, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record