UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES WELDON STRICKLER and
JUDITH ANNE STRICKLER,

    Plaintiffs,

v.                                                     Case No.:  2:18-cv-781-FtM-38MRM

WALMART STORES EAST, LP,

    Defendant.
_____/

## SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the parties' agreed dates and discovery plan, the Court enters this Second Amended Case Management and Scheduling Order, **which modifies the Middle District of Florida Local Rules**:

| DEADLINE | DATE |
|---|---|
| **Joint Final Pretrial Statement and Trial Briefs** | 8/17/2020 |
| **Final Pretrial Conference** | 8/21/2020<br>9:30 am<br>Judge Sheri Polster Chappell |
| **Monthly Trial Term** | 9/1/2020 |
| **Estimated Length of Trial** | 3 to 4   days |
| **Jury or Non-Jury** | Jury |

All other provisions of the prior scheduling order(s) entered in this case remain in effect unless expressly modified herein or by further court order.

**DONE AND ORDERED** in Fort Myers, Florida on this 21st day of July 2020.

MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies to:  Counsel of Record