UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES WELDON STRICKLER and
JUDITH ANNE STRICKLER,

    Plaintiffs,

v.                                                 Case No.:   2:18-cv-781-FtM-38MRM

WALMART STORES EAST, LP,

    Defendant.
_____/

## ORDER[1]

Before the Court is the parties' Joint Pretrial Statement Deposition Designations (Doc. 73-7). Defendant made several objections to Plaintiffs' designations, to which Plaintiffs did not respond. After review of the record and applicable law, the Court sustains all Defendant's objections except its final one. Defendant's asked-and-answered objection to Phillip Demorett's deposition is overruled. (Doc. 73-7 at 4).

Accordingly, it is now

**ORDERED:**

Defendant's objections to the Joint Pretrial Statement Deposition Designations (Doc. 73-7) are **SUSTAINED** except its final asked-and-answered objection to Phillip Demorett's deposition, which is **OVERRULED**.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of September, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record