UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES WELDON STRICKLER and
JUDITH ANNE STRICKLER,

    Plaintiffs,                              CASE NO.: 2:18-cv-00781-SPC-MRM

v.

WALMART INC.,

    Defendant.
_____/

**REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE ON JOINT STIPULATION OF THE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)APPROVING ALLOCATIONS OF SETTLEMENT PROCEEDS**

The Parties hereto, Plaintiffs, JAMES WELDON STRICKLER and JUDITH ANNE STRICKLER, and Defendant, WALMART STORES EAST, L.P., request an Order dismissing the above-entitled cause, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(2), and approving allocation of proceeds of settlement pursuant to the Joint Stipulation of the Parties, as follows:

    1.    The Parties have reached a final settlement of all claims and matters in the above-entitled action, in the amount of three hundred and fifteen thousand dollars ($315,000).

    2.    The Parties hereby stipulate to the following allocation of the proceeds of settlement:

    a. Past medical and related expenses: $118,576.23;

    b. Past and future pain and suffering, disfigurement, mental anguish, inconvenience, disability, loss of enjoyment of life, and Judith Strickler's loss of consortium: $196,423.77;

    c. No amount of the settlement proceeds is allocated to compensate for future medical and related expenses due to the advanced age and pre-existing medical conditions of Plaintiff James Weldon Strickler.

[25049-18/10154855/5]

3. The Parties jointly request this Court enter an Order dismissing the above-entitled action with prejudice, and approving the allocations set forth herein, each Party to bear its own attorney fees and costs pursuant to this stipulation.

WHEREFORE, for the foregoing reasons and based on the allocations expressed hereinabove, the Parties jointly request that the Court enter an order dismissing with prejudice the above-entitled action and approving the allocation of settlement proceeds as provided herein.

Respectfully submitted,

| | |
|---|---|
| __*/s/ Mark A. Miller*__ | __s/ Amanda J. Sharkey Ross__ |
| Mark A. Miller | Amanda J. Sharkey Ross |
| Fla. Bar No. 887889 | Fla. Bar No. 598666 |
| Preston John Scheiner | Primary e-mail: Amanda.ross@henlaw.com |
| Fla. Bar No. 42154 | Secondary e-mail: |
| Primary e-mail: service@blslawyers.com | tracey.salerno@henlaw.com |
| Secondary e-mail: service2.bls@gmail.com | Henderson, Franklin, Starnes & Holt |
| Associates & Bruce L. Scheiner | P.O. Box 280 |
| Attorneys for the Injured | Fort Myers, FL  33902-0280 |
| 4020 Evans Avenue | Phone:  (239) 344-1249 |
| P.O. Box 60049 | *Attorneys for Defendant WalMart Stores* |
| Fort Myers, FL  33901-9309 | *East, L.P.* |
| Phone:  (239) 939-2900 | |
| *Attorneys for Plaintiffs* | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __16th__ of _October_, 2020,  I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: AMANDA J. ROSS, ESQUIRE, Henderson Franklin Starnes & Holt P.A., 1715 Monroe Street P.O. Box 280, Fort Myers, FL  33902-0280, tracey.salerno@henlaw.com; amanda.ross@henlaw.com; madison.allen@henlaw.com; susan.peters@henlaw.com, Attorneys for Defendant.

__/s/ Mark A. Miller__
Mark A. Miller, Trial Counsel

[25049-18/10154855/5]

        Florida Bar No.: 887889
        Preston J. Scheiner, Trial Counsel
        Florida Bar No.: 0042154
        Attorneys for the Plaintiffs, James Weldon Strickler
        and Judith Anne Strickler
        Associates & Bruce L. Scheiner
        Attorneys for the Injured, P.A.
        P.O. Box 60049
        Fort Myers, FL 33906
        Telephone:  (239) 939-2900
        Facsimile:   (239) 939-7079
        service@blslawyers.com
        service2.bls@gmail.com